PER CURIAM.
Affirmed. State v. Montague, 682 So.2d 1085 (Fla.1996); State v. Williams, 667 So.2d 191 (Fla.1996); Novaton v. State, 634 So.2d 607 (Fla.1994); Kennedy v. Singletary, 602 So.2d 1285 (Fla.), cert, denied, 505 U.S. 1233, 113 S.Ct. 2, 120 L.Ed.2d 931 (1992); Davis v. State, 683 So.2d 572 (Fla. 4th DCA 1996); Salazar v. State, 675 So.2d 654 (Fla. 3d DCA 1996); Russell v. State, 656 So.2d 203 (Fla. 5th DCA 1995); Williams v. State, 650 So.2d 1054 (Fla. 1st DCA 1995); Hamrick v. State, 648 So.2d 274 (Fla. 4th DCA 1995); Boerstler v. State, 622 So.2d 184 (Fla. 1st DCA 1993); Judge v. State, 596 So.2d 73 (Fla. 2d DCA 1991), review denied, 613 So.2d 5 (Fla.1992); Casmay v. State, 569 So.2d 1351 (Fla. 3d DCA 1990); Madrigal v. State, 545 So.2d 392 (Fla. 3d DCA 1989); Orsi v. State, 515 So.2d 268 (Fla. 2d DCA 1987).